**FILED**

04/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0107





### IN THE SUPREME COURT OF THE STATE OF MONTANA
### THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 23-0107

**FILED**

APR 2 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

SAWYER BROWNING,

    Petitioner and Appellant,

v.

DEPARTMENT OF LABOR AND
INDUSTRY, UNEMPLOYMENT
INSURANCE APPEALS BOARD; CENTRAL
PLUMBING AND
HEATING, and BIG SKY COLLISION
CENTER,

    Respondents and Appellees.

**GRANT OF EXTENSION**

Pursuant to authority granted under M. R. App.P. 26(1), [AppellantRole] is given an extension of time until May 24, 2023, to prepare, file, and serve the Appellant's brief.

DATED this April 21, 2023

Bowen Greenwood
Clerk of the Supreme Court

c:    Sawyer Browning, Central Plumbing and Heating, Big Sky Collision Center, Quinlan L. O'Connor, Thomas Carl Irvine